UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** __17-1183__ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: Donaldson Funeral Home, P.A.; Donaldson Properties No 3 LLC;

DeWitt Jay Donaldson _____ as the
(party name)

[ ] appellant(s)  [✓] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)  [ ] movant(s)

_(signature)_

Thomas Graham Coale
Name (printed or typed)

(410) 964-0300
Voice Phone

Talkin & Oh, LLP
Firm Name (if applicable)

(410) 964-2008
Fax Number

5100 Dorsey Hall Drive

Ellicott City, Maryland 21042
Address

tcoale@talkin-oh.com
E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on __2/14/17__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Alexander J.E. English, Esquire
1509 Rainbow Drive
Suite 101
Silver Spring, MD 20905

Louis P. Ruzzi
Lewis J. Taylor
Gary W. Kuc
Howard County Office of Law
3450 Court House Drive
Ellicott City, MD 21043

_Signature_

2/14/17
Date

01/19/2016 SCC